# MINUTE ENTRY

JOAN M. AZRACK, USMJ          DATE: 7/28/08

DOCKET: CV-08-287 (CBA)       CASE: Jordan, etc. v. Washington Mutual Bank

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☐ TELEPHONE     ☑ IN-PERSON

**CIVIL CAUSE FOR:**

☐ INITIAL CONF.   ☐ STATUS CONF.   ☐ SETTLEMENT CONF.   ☑ DISCOVERY CONF.

☐ OTHER: _____

Time in court:  ☐ 15   ☐ 30   ☐ 45   ☐ 60   ☑ Other: 90+

FOR PLAINTIFF: PAUL LUKAS
               ADAM KLEIN, JACK RAISNER
FOR DEFENDANT: ANNE MARIE ESTEVEZ
               JOAN CAMMY

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

GIVEN THE SIMILARITY AND OVERLAP OF ISSUES, DISCOVERY IN THIS MATTER IS STAYED PENDING THE OUTCOME OF MOTION PRACTICE IN WESTERFIELD 06 CV 2817 (CBA)

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☐ Next conference on _____   ☐ Telephone   ☐ In-Person
☐ Pre-Trial Order by _____